IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | Case No. 3:12-PO-175 |
| -vs- | : | MICHAEL J. NEWMAN |
| YUAN YICHENG, | : | United States Magistrate Judge |
| Defendant. | : | GOVERNMENT'S MOTION FOR DISMISSAL WITHOUT PREJUDICE |

Now comes the United States, by and through counsel, and respectfully requests the Court dismiss the above captioned case, without prejudice. It is the United States' understanding the Defendant is no longer in the country. Should he return, we will consider refiling the charges, should this Motion be granted without prejudice. Additionally, we respectfully request any warrants issued in this matter be withdrawn.

*Approved / Granted,*

*MJN*
*10/20/17*

Respectfully submitted,

-S-julienne mccammon- 3 Oct 17
JULIENNE MCCAMMON (MD 9103050001)
Special Assistant U.S. Attorney
88 ABW/JA
5135 Pearson Road
WPAFB, OH 45433-5321
(937) 904-2169

CERTIFICATE OF SERVICE

I certify that a copy of the above Motion to Dismiss was electronically filed on the 3rd of October 2017 and that any Defense Counsel of Record will be notified of this Motion through CM/ECF.

-S-julienne mccammon – 3 Oct 17